**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6890**

JOE LEE FULGHAM,

　　　　　　Plaintiff - Appellant,

　　　v.

THE COMMONWEALTH OF VIRGINIA; MS. PAMELA A. SARGENT, Senior
Assistant Attorney General,

　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.　Jerome B. Friedman, District
Judge.　(2:09-cv-00184-JBF-TEM)

Submitted:　December 15, 2009　　Decided:　December 17, 2009

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Joe Lee Fulgham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Lee Fulgham appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. <u>Fulgham v. Virginia</u>, No. 2:09-cv-00184-JBF-TEM (E.D. Va. Apr. 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>